FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL WESTLEY ABBOTT,<br><br>          Petitioner,<br><br>          v.<br><br>DERRAL G. ADAMS, Warden,<br><br>          Respondent. | NO. ED CV 08-0166 VAP (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 7, 2008.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE